JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KOUYOUMDJIAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TENDER & TRUE PET NUTRITION, LLC, a Nebraska limited liability corporation,<br><br>  Defendants. | Case No. 2:23-cv-10140-SPG-KES<br>Assigned to Hon. Sherilyn Peace Garnett<br><br>**ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: October 12, 2023<br>Removed: December 01, 2023 |

1  The Court, having considered the parties' Stipulation for Dismissal Pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the
3  above-entitled action as follows: *with prejudice* as to the Plaintiff's individual claims,
4  *with prejudice* as to the Third-Party Complaint at ECF No. 16, and *without prejudice* as
5  to the putative class. Each party shall bear its own costs and attorneys' fees.

7  IT IS SO ORDERED.

9  Dated: May 9, 2024           By: _____
                                    The Hon. Sherilyn Peace Garnett
                                    United States District Judge

- 1 -
**ORDER GRANTING DISMISSAL**